■ REGINALD M. TUCCI, Plaintiff, v. EARLEEN M. DI PAOLA, Defendant. REGINALD M. TUCCI, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order unanimously modified by granting defendant's motion to dismiss plaintiff's complaint in Action No. 2 insofar as demand is made for punitive damages and as modified affirmed, without costs. (See *Tucci* v. *Di Paola*, 44 A D 2d 766, decided herewith.) (Appeal from parts of order of Erie Special Term resettling order.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KEVIN O'DEA, Appellant.— Judgment unanimously affirmed. Memorandum: While it was error for the trial court to admit the testimony of witnesses Brontman, Morley and Kennerson, relative to the extrajudicial identification of defendant's photograph from a mugshot book (*People* v. *Griffin*, 29 N Y 2d 91; *People* v. *Wright*, 21 N Y 2d 1011; *People* v. *Caserta*, 19 N Y 2d 18; and *People* v. *Cioffi*, 1 N Y 2d 70), in view of the positive and convincing in-court identification of defendant by Brontman and Morley, premised on more than ample opportunity for reflective observation of defendant at the time of their encounter with him, such error may be treated as harmless. (*People* v. *Milburn*, 19 N Y 2d 910; CPL 470.05, subd. 1.) Moreover, it was defendant's counsel who accentuated the photographic evidence and repeatedly referred to it as "mugshots". (Appeal from judgment of County Court convicting defendant of robbery, third degree and grand larceny, second degree.) Present — Marsh, P. J., Witmer, Simons, Mahoney and Goldman, JJ.